UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

UNITED STATES OF AMERICA,

                    Plaintiff,

-against-

Samantha K. Holbrook

                    Defendant.

-----------------------------------------------------------------

Case No.: 19 mag 10163 (MRG)

**ORDER OF DISMISSAL**

Motion by the Government to dismiss is granted and the above-captioned case is hereby dismissed.

SO ORDERED.

_____
Hon. Martin R. Goldberg,
United States Magistrate Judge

Dated:    30th day of September, 2020
Poughkeepsie, New York